UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT JAMES SWINT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES SUPREME COURT et al.,<br><br>Defendants. | Case No. C23-1845RSM<br><br>ORDER TO SHOW CAUSE |

*Pro se* Plaintiff Robert James Swint was granted leave to proceed *in forma pauperis* in this matter on December 14, 2023. Dkt. #5. The Complaint has been posted on the docket. #6. Summonses have not yet been issued.

Mr. Swint brings this action against "The Supreme Court, U.S. Marshals, Constition [sic]." *Id*. at 1. He alleges that the Supreme Court has been covering up facts, representing "secret societies and underground networks…" and, as well as the U.S. Marshals, forming a "hidden government." *Id*. Further details are not included. Page two indicates that Mr. Swint is filing this action "in the star of Mimas, of the Andro Galaxy… in the Distract District Division." *Id*. at 2. The Complaint continues in a stream-of-consciousness style, for example Mr. Swint states, "[j]ust one more thing it says here in the [unintelligible] in this little database here where you can not only edit anyones [sic] information or TESTIMONEY [sic], but edit, there [sic] memory, of thoughts, before or after, based on, what, (me), variable, if you have done before." *Id*. The Complaint goes on like this for a few more sentences. There are no

ORDER TO SHOW CAUSE - 1

causes of action or requests for relief.  There is no evidence that Mr. Swint has been damaged by the actions of Defendants.

The Court will dismiss a Complaint at any time if the action fails to state a claim, raises frivolous or malicious claims, or seeks monetary relief from a defendant who is immune from such relief.  *See* 28 U.S.C. § 1915(e)(2)(B).

The Court finds that the Complaint fails to state a claim, appears to raise frivolous or malicious claims, and seeks monetary relief from a defendant that is likely immune from such relief.  Mr. Swint's filing indicates fantastical thinking and fails to set forth any basis to bring any kind of claim.  Although the Court is sympathetic to the challenges facing pro se litigants, and challenges unique to Mr. Swint in bringing this lawsuit, it appears clear to the Court that this lawsuit is frivolous and that the Court cannot provide relief for Plaintiff.

The Court has identified deficiencies that require dismissal.  *See* 28 U.S.C. § 1915(e)(2)(B).  In Response to this Order, Mr. Swint must write a short statement telling the Court why this case should not be dismissed as frivolous.  **This Response may not exceed six double-spaced (6) pages**.  Attachments or amended pleadings are not permitted.  The Court will take no further action in this case until Mr. Swint has submitted this Response.

Accordingly, the Court hereby finds and ORDERS that Mr. Swint shall file a Response to this Order to Show Cause containing the detail above **no later than thirty (30) days from the date of this Order**.  Failure to file this Response will result in case dismissal.

DATED this 14th day of December, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER TO SHOW CAUSE - 2