UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT JAMES SWINT, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES SUPREME COURT, et al., <br><br> Defendants. | Case No. C23-1845RSM <br><br> ORDER OF DISMISSAL |

This matter comes before the Court *sua sponte*. *Pro se* Plaintiff Robert James Swint was granted leave to proceed *in forma pauperis* in this matter on December 14, 2023. Dkt. #5. The Complaint has been posted on the docket. #6. Summonses have not yet been issued.

On December 14, 2023, the Court issued an Order to Show Cause why this case should not be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). Dkt. #7. On December 29, 2023, Mr. Swint submitted a handwritten Response. Dkt. #9. The Court has reviewed that response and concludes that this case should be dismissed as frivolous.

Mr. Swint brings this action against "The Supreme Court, U.S. Marshals, Constition [sic]." *Id*. at 1. He alleges that the Supreme Court has been covering up facts, representing "secret societies and underground networks…" and, as well as the U.S. Marshals, forming a "hidden government." *Id*. Further details are not included. Page two indicates that Mr. Swint

ORDER OF DISMISSAL - 1

is filing this action "in the star of Mimas, of the Andro Galaxy… in the Distract District Division." *Id*. at 2.  The Complaint continues in a stream-of-consciousness style, for example Mr. Swint states, "[j]ust one more thing it says here in the [unintelligible] in this little database here where you can not only edit anyones [sic] information or TESTIMONEY [sic], but edit, there [sic] memory, of thoughts, before or after, based on, what, (me), variable, if you have done before." *Id*.  The Complaint goes on like this for a few more sentences.  There are no causes of action or requests for relief.  There is no evidence that Mr. Swint has been damaged by the actions of Defendants.

In Response to the Court's Order to Show Cause, Mr. Swint states "Well in 1915 they pre-recorded all of there [sic] stories if they ever were 2 get caught, thats [sic] why when it comes down to it, (e) would be the CD selection, which used to be that battery that came after certain charges, (2)(B) would be the activation of the catalog thats [sic] interaction to view one of the 9 CD's, the 10th Circuit, or CD doesnt [sic] exist here, its [sic] literally in development, excuse me that should say development on the other side, for whatever that means which we will get to." Dkt. #8 at 1–2.  The letter continues in this fashion for two more pages.  At no point does Mr. Swint address the issues raised in the Court's Order.

The Court will dismiss a Complaint at any time if the action fails to state a claim, raises frivolous or malicious claims, or seeks monetary relief from a defendant who is immune from such relief.  *See* 28 U.S.C. § 1915(e)(2)(B).

The Court finds that the Complaint fails to state a claim, appears to raise frivolous or malicious claims, and seeks monetary relief from a defendant that is likely immune from such relief.  Mr. Swint's filings indicate fantastical thinking and fail to set forth any basis to bring any kind of claim.  Although the Court is sympathetic to the challenges facing pro se litigants,

ORDER OF DISMISSAL - 2

and challenges unique to Mr. Swint in bringing this lawsuit, it is clear to the Court that this lawsuit is frivolous and that the Court cannot provide relief for Plaintiff.

Accordingly, the Court hereby ORDERS that Plaintiff's claims are DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B).  This case is CLOSED.

DATED this 2nd day of January, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 3